## L120UU150044

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

**B. KOHR**

NOV 3 0 2012

**EXAMINER**



500241837385

11/30/12--01004--017  **125.00

RECEIVED
DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
2012 NOV 30 PM 2: 09
DO NOT ACKNOWLEDGE
SUFFICIENCY OF FILING

FILED
12 NOV 30 PM 2: 10
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**CORPORATE ACCESS, INC.**

"When you need ACCESS to the world"

236 East 6th Avenue . Tallahassee, Florida 32303
P.O. Box 37066 (32315-7066)   (850) 222-2666 or (800) 969-1666 . Fax (850) 222-1666

## WALK IN

PICK UP:   11/30 Glinda

☐   CERTIFIED COPY

xx  PHOTOCOPY

☐   CUS

xx  FILING          LLC

FILED 12 NOV 30 PM 2:10 SECRETARY OF STATE TALLAHASSEE FLORIDA

1. MADBITS, LLC
   (CORPORATE NAME AND DOCUMENT #)

2. _____
   (CORPORATE NAME AND DOCUMENT #)

3. _____
   (CORPORATE NAME AND DOCUMENT #)

4. _____
   (CORPORATE NAME AND DOCUMENT #)

5. _____
   (CORPORATE NAME AND DOCUMENT #)

6. _____
   (CORPORATE NAME AND DOCUMENT #)

SPECIAL INSTRUCTIONS:

# ARTICLES OF ORGANIZATION
# FOR
# FLORIDA LIMITED LIABILITY COMPANY

## ARTICLE I – NAME

The name of this Limited Liability Company is:

MADBITS, LLC

## ARTICLE II – ADDRESS

The mailing address and the street address of the principal office of this Limited Liability Company are:

777 South Flagler Drive
West Tower Suite 1700-W
West Palm Beach, FL 33401

## ARTICLE III - MANAGEMENT

The Limited Liability Company is to be managed by one or more managers and, therefore, is a manager-managed company. The name and address of the initial manager are:

Paul Bloch
777 South Flagler Drive
West Tower Suite 1700-W
West Palm Beach, FL 33401

## ARTICLE IV – REGISTERED AGENT AND OFFICE

The name and address of the initial registered agent of this Limited Liability Company are:

Deana M. Love
c/o WTAS LLC
777 South Flagler Drive
West Tower Suite 1700-W
West Palm Beach, FL 33401

## ARTICLE V - PURPOSE

This Limited Liability Company may engage in any activity or business permitted under the laws of the United States and of the State of Florida.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization as of the 28th day of November, 2012.

Paul Bloch, Member and Manager

FILED 12 NOV 30 PM 2:10 SECRETARY OF STATE TALLAHASSEE, FLORIDA

## REGISTERED AGENT ACCEPTANCE

Having been named as registered agent and to accept service of process for the above-stated limited liability company at the place designated in these Articles of Organization, the undersigned hereby accepts the appointment as registered agent and agrees to act in this capacity. The undersigned further agrees to comply with the provisions of all statutes relating to the proper and complete performance of her duties, and is familiar with and accepts the obligations her position as registered agent as provided for in Chapter 608, Florida Statutes.

Date: November 28, 2012

*Deana M. Love* (signature)
Deana M. Love