## 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L12000150044

**Entity Name:** MADBITS, LLC

**Current Principal Place of Business:**

1355 MARKET STREET
SUITE 900
SAN FRANCISCO, CA 94103

**Current Mailing Address:**

1355 MARKET STREET
SUITE 900
SAN FRANCISCO, CA 94103 US

**FEI Number:** 46-1499474

**Name and Address of Current Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324 US

**FILED**
**May 22, 2020**
**Secretary of State**
**4315431239CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: | NASEEM A. CONDE, SPECIAL ASST. SECRETARY | | | 05/22/2020 |
|---|---|---|---|---|
| | Electronic Signature of Registered Agent | | | Date |

**Authorized Person(s) Detail:**

| Title | SECRETARY | Title | MEMBER |
|---|---|---|---|
| Name | GADDE, VIJAYA | Name | TWITTER, INC. |
| Address | 1355 MARKET STREET SUITE 900 | Address | 1355 MARKET STREET SUITE 900 |
| City-State-Zip: | SAN FRANCISCO CA 94103 | City-State-Zip: | SAN FRANCISCO CA 94103 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

| SIGNATURE: VIJAYA GADDE | | SECRETARY | 05/22/2020 |
|---|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | | Date |