

## Company Profile

### ON THIS PAGE

Madbits, LLC is located in Miami Beach, FL, United States and is part of the Information Technology Services Industry. Madbits, LLC has 5 total employees across all of its locations and generates $472,339 in sales (USD). There are 63 companies in the Madbits, LLC corporate family.

D&B Hoovers provides sales leads and sales intelligence data on over 120 million companies like Madbits, LLC around the world, including contacts, financials, and competitor information. To witness the full depth and breadth of our data and for industry leading sales intelligence tools, take D&B Hoovers for a test drive. Try D&B Hoovers Free

Unlock more with a D&B Hoovers FREE Trial

CALL US (855) 491-4734

EMAIL US