# MIAMI HERALD.COM

## Twitter opens office in Miami
**BY MIAMI STAFF**
JULY 09, 2015 10:07 PM,
UPDATED FEBRUARY 07, 2019 03:34 AM

Twitter is the latest Silicon Valley tech powerhouse to announce it is opening an office in Miami.

Twitter's office, at 1395 Brickell Ave., opens with six employees but is expected to grow, said a spokswoman Thursday after the company announced the news on #DáleTwitterMiami. The local team will support large and mid-market sales, media partnerships, marketing Communications and brand strategy. The Miami office will be lead by Guilherme Ribenboim, vice president of Twitter Latin America, with the help of Marco Botero, head of sales for Twitter Miami and Matt Drinkwater, head of agency relations. Ribenboim leads Twitter's sales operation in Latin America as well as relations with sales partners that serve the needs of agencies and businesses in the region. Twitter, operating in Latin America since 2012, now has more than 100 employees distributed in offices in Brazil, Colombia, Mexico and now Miami.

Twitter joins Facebook, Google, Uber, Lyft, Square, Instacart, Postmates, Shyp and other Silicon Valley tech companies with offices in the Miami area.