LinkedIn                                                   Join now   Sign in

🔍 Twitter in Worldwide



## Twitter

Internet

San Francisco, CA · 1,174,703 followers

View all 6,120 employees

We serve the public conversation. Follow @TwitterCareers on Twitter for more.

See jobs    Follow

**Overview**    Jobs    Life

## About us

Twitter serves the public conversation because conversation is a force for good in the world. The opportunity to help the world connect, debate, learn, and solve problems is what draws us to careers at Twitter, and it's what keeps us here.

What we offer:

Small but mighty teams who serve the public conversation in ways people feel across the world, every day; a flat, non-hierarchical org structure; the freedom to design your own path; space to innovate and make big contributions to Twitter's future; respect and support of your identity and background, whatever it is; actual work-life balance, including growing opportunities for remote work and flex schedules (depending on the role).

What we ask for:

Vision, creativity, flexibility, honesty, and enthusiasm.

Visit careers.twitter.com to see open roles and find out how you can #JoinTheFlock. Follow us at @TwitterCareers to learn more about growing your career at Twitter.

#LoveWhereYouWork, wherever you work. Twitter has offices in:

U.S.: Atlanta, Boston, Boulder, Chicago, Cincinnati, Detroit, Los Angeles, Miami, New York, San Francisco (Headquarters), Seattle, Sunnyvale, Washington. D.C.

International: Bangalore, Berlin, Bogota, Brussels, Cologne, Dubai, Dublin, Hamburg, Hong Kong, Jakarta, London, Madrid, Manchester, Manila, Melbourne, Mexico City, Milan, Mumbai, New Delhi, Osaka, Paris, Rio de Janeiro, São Paulo, Singapore, Sydney, Seoul, Tokyo, Toronto, Vancouver

| | |
|---|---|
| **Website** | http://careers.twitter.com |
| **Industries** | Internet |
| **Company size** | 1001-5000 employees |

| | |
|---|---|
| Headquarters | San Francisco, CA |
| Type | Public Company |
| Founded | 2006 |
| Specialties | Real-time information |

## Locations

**Primary**

1355 Market St
Suite 900
San Francisco, CA 94103, US
Get directions

150 Pico Blvd
Santa Monica, California 90405, US
Get directions

1301 Walnut St
Boulder, Colorado 80302, US
Get directions

26 Fenian Street
Dublin 2, County Dublin 2, IE
Get directions

20 Air Street
London, England, GB
Get directions

3 Hardman Square
Manchester, England M3 3EB, GB
Get directions

675 Ponce de Leon Ave NE
Twitter Atlanta, Georgia 30308, US
Get directions

132 Nathan Road, Miramar Tower
Hong Kong, Hong Kong 999077, HK
Get directions

15/17, Rue Scribe
Paris, Ile-de-France 75009, FR
Get directions

Bangalore , Karnataka 560016, IN
Get directions

City of Taguig, Manila 1634, PH
Get directions

1520 Woodward Ave
Detroit, Michigan 48226, US
Get directions

Square de Meeus
Brussels, Brussels Region 1000, BE
Get directions

400 W California Ave
Sunnyvale, California 94086, US
Get directions

Paseo de la Castellana, 79
Madrid, Community of Madrid 28046, ES
Get directions

800 Connecticut Ave NW
Washington, District of Columbia 20006, US
Get directions

20 Air Street
London, England W1B 5AN, GB
Get directions

78 SW 7th St
Miami, Florida 33130, US
Get directions

Friedrichstraße 68
Berlin, Germany 10117, DE
Get directions

Osaka, Honshu 530-0001, JP
Get directions

111 N Canal St
Chicago, Illinois 60606, US
Get directions

Bandra Kurla Complex Road
Mumbai, Maharashtra 400051, IN
Get directions

141 Portland St
Cambridge, Massachusetts 02139, US
Get directions

Calle Montes Urales 424
Lomas de Chapultepec, México City 11000, MX
Get directions

2 Park St
Clovelly, New South Wales 2031, AU

Get directions

249 W 17th St
New York, New York 10011, US

Get directions

901 King St W
Toronto, Ontario M5V 3H5, CA

Get directions

138 Market Street
Level 20
Singapore, Singapore 048946, SG

Get directions

Seoul , South Korea 06236, KR

Get directions

Avenida Brigadeiro Faria Lima
Capivari, São Paulo 13360-000, BR

Get directions

Tokyo , Tokyo 104-0031, JP

Get directions

Dubai Internet City, Building No 1
Dubai , United Arab Emirates, AE

Get directions

1501 4th Ave
Seattle, Washington 98101, US

Get directions

Show fewer locations

## Employees at Twitter


**Wolfram Arnold**
Sr. ML Engineering Manager at Twitter


**Monique Meche**
-


**Richard Rabbat**
-


**Brent H.**
VP Global Business Development at Twitter

See all employees

## Updates

**Twitter**
1,174,703 followers
2w

We believe that all Tweeps (our employees) deserve the opportunity to live authentically and thrive at work. We are proud to be one of **Human Rights Campaign**'s Best Places to Work for LGBTQ Equality! #UntilWeAllBelong
http://hrc.org/cei



290 Likes · 26 Comments

Like     Comment     Share