Skip to main content

 Careers

- Jobs (https://careers.twitter.com/en/jobs.html)
- University (https://careers.twitter.com/en/university.html)
- Tweep life (https://careers.twitter.com/en/tweep-life.html)



# Android Engineer - Revenue (Ad Products)

## Locations

New York City, Seattle, San Francisco, Washington, Miami, Remote US

*This role accepts applications for work in the locations as noted above. Roles listing 'Remote US' as a location are not currently available in the following states: Colorado, Iowa, and Louisiana.*

## Company description

Ad Products is responsible for bringing you all the features of Twitter to Android. This team impacts hundreds of millions of users, which brings with it interesting product and technical challenges at that scale. We keep development lightweight and agile, make data driven decisions, and release with high quality and velocity.

## Job description

**Who We Are:**

Our team loves using the latest mobile technologies for all features of twitter.com (http://twitter.com/), which includes timelines, tweets, GIF search and more. We've recently delivered the new Home Timeline, Moments, GIF Search, Polls, Highlights,

Group DM's and we're working on a brand new mobile web experience. On the mobile team you have the opportunity to have significant ownership and impact over major user-facing features that hundreds of millions of people love to use.

**What You'll Do:**

As part of the Mobile team you'll be responsible for bringing some of our core products to Android (home timeline / trends / search / tweet anatomy / detail pages). You'll build compelling new experiences in feature areas such as Search, Moments, DMs and more. You will use your in-depth knowledge of all things Android to craft new Twitter features that are uniquely Android-based.

# Qualifications

**Who You Are:**

You're an experienced mobile engineer looking to make Twitter for Android one of the best mobile experiences out there. You're someone who excels at user-centric product development and has a passion for making beautiful, smooth, delightful mobile experiences.

**If this sounds like you, you probably have:**

- Top-notch programming skills in an object-oriented language like Java or C++
- Previous experience developing mobile applications (on Android)
- Experience implementing new features and optimizing existing ones
- Technical depth that allows you to rapidly fix bugs and solve problems
- Experience working closely across a variety of teams including product management, interaction designers, and engineers
- A detailed approach to writing test cases
- Advocacy of the principles of accessibility and the ability to build interfaces accessible to users with disabilities
- Knowledge of core CS concepts such as: common data structures and algorithms, profiling/optimization

**Requirements:**

- Previous experience developing mobile applications on Android (Java or Kotlin)
- BS or MS in Computer Science or equivalent work experience

# Additional information

We are committed to an inclusive and diverse Twitter. Twitter is an equal opportunity employer. We do not discriminate based on race, color, ethnicity, ancestry, national origin, religion, sex, gender, gender identity, gender expression, sexual orientation, age, disability, veteran status, genetic information, marital status or any legally protected status.

San Francisco applicants: Pursuant to the San Francisco Fair Chance Ordinance, we will consider for employment qualified applicants with arrest and conviction records.

## Engineering hiring process

### Step 1

Once your application is received, a recruiter will reach out pending your qualifications are a match for the role.

### Step 2

If your background is a match, you may have 1-2 technical phone interviews or be given the chance to provide a work sample depending on the role.

### Step 3

If the phone interviews go well or your work sample is strong, the final step includes interviews with 5-6 people via a video conference call.

## Application

Resume (required)
Drag and drop to add your resume (.pdf, .doc, .docx, .rtf)
[ Browse files ] [ Choose File ] No file chosen

### Personal information

First name (required) [          ]
Last name (required) [          ]
Email (required) [          ]
Phone number (required) [          ]
Country (required)
[ Select                    ⌄ ]

Email Confirm (required) [        ]
Have you previously worked/do you currently work for Twitter? (required)

Select ⌄

If yes, please provide estimated dates you were employed and your Twitter email.
[        ]
If you have a design portfolio, GitHub, and/or a personal website, please provide the link (and passwords if needed). [        ]
Are you authorized to work in the country in which this job is offered? (required) ○Yes○No
Will you now or in the future require Twitter's sponsorship to continue or extend your current work authorization status? (required) ○Yes○No
If yes, what is your current immigration status and when does your current status/work authorization expire? [        ]
*Twitter does not accept any unsolicited resumes from recruiting agencies and will not pay fees associated with any such resumes. Agencies, please do not send resumes to any Twitter location, employee, or email address.*

## Privacy and data

Twitter cares about your privacy and protecting your data. Please click the privacy policy link and acknowledge you have read and understood how Twitter treats your privacy and your data.

Privacy Policy - I have read and acknowledge Twitter's Applicant and Candidate Privacy Policy. (required)
Read Twitter's Applicant and Candidate Privacy Policy here (https://careers.twitter.com/en/privacy.html).

☐Confirmed
Would you like to receive email communication from Twitter about career opportunities? You may unsubscribe at any time. (required) ○Yes○No
Analytics - May we use personal data from your resume and application to analyze and improve the Twitter hiring experience? (required) ○Yes○No

Applicant Data - You have a choice. Can we keep your personal data for both the job you are applying for and any other Twitter jobs that we feel you may be a match for? If you choose yes we will retain your personal data for a period of twelve months to consider you for other job opportunities at Twitter. (required) ○Yes○No

# U.S. Equal Employment Opportunity information (Completion is voluntary)

At Twitter, we have a bold aspiration to reach every person on the planet. We believe that goal is more attainable with a team that understands and represents different cultures and backgrounds and we are committed to an inclusive and diverse Twitter. This is where you come in! Please take a few minutes to provide us with your information. You are not required to provide this information and you may select "Decline to Disclose". Your decision to provide information (or not) will not affect your employment or opportunities at Twitter. Twitter is an equal opportunity employer. We do not discriminate based on race, color, ethnicity, ancestry, national origin, religion, sex, gender, gender identity, gender expression, sexual orientation, age, disability, veteran status, genetic information, marital status or any legally protected status. Pursuant to the San Francisco Fair Chance Ordinance, and other similar local laws, we will consider for employment qualified applicants with arrest and conviction records.

Gender

[Select ▼]

Gender Identity

[Select ▼]

Race/Ethnicity

[Select ▼]

Sexual Orientation

[Select ▼]

Veteran Status

[Select ▼]

Twitter is committed to working with and providing access and reasonable accommodation to applicants with mental and/or physical disabilities. If you think you may require an accommodation for any part of the recruitment process, please send a request to: accommodation@twitter.com. All requests for accommodations are treated discreetly and confidentially, as practical and permitted by law.

Apply

Read Twitter's Applicant and Candidate Privacy Policy here (https://careers.twitter.com/en/privacy.html).

# U.S. Equal Employment Opportunity information (Completion is voluntary)

# Voluntary Information

# Privacy and data

© 2020 Twitter, Inc.
Cookies (https://help.twitter.com/rules-and-policies/twitter-cookies)
Privacy (https://twitter.com/privacy)
Terms and conditions (https://twitter.com/tos)

[Skip to main content](#)

 Careers

- Jobs (https://careers.twitter.com/en/jobs.html)
- University (https://careers.twitter.com/en/university.html)
- Tweep life (https://careers.twitter.com/en/tweep-life.html)

# User Researcher, Stay Informed

## Locations

Sunnyvale, Remote US, Atlanta, Miami, Washington, New York City

*This role accepts applications for work in the locations as noted above. Roles listing 'Remote US' as a location are not currently available in the following states: Colorado, Iowa, and Louisiana.*

## Company description

Twitter is committed to serving the public conversation by helping users stay informed and discuss what matters. In order to better facilitate the public conversation, we are seeking a Senior Researcher to be a part of the team. Our research helps inspire, design, and build the products that fuel Twitter's mission to give everyone the power to create and share ideas and information instantly, without barriers. Research has a direct impact on product strategy, roadmaps, and the detailed design of new experiences that help users stay up to date with what matters most to them and connect to others with shared interests. We are part of a larger design and research team that is full of amazingly talented and fun people who are passionate about Twitter's ability to help people see beyond themselves and connect with the larger world in a meaningful way.

# Job description

As a senior member of our Research team you will help our partners internalize the customer's experience. In this role, you will identify and create understanding of the problems our users are trying to solve and develop empathy for our customer's stated and unstated product needs. You'll work closely with Product, Engineering and Design to identify better ways to address the goals of new and existing customers, build engaging product experiences and grow Twitter's user base.

You will accomplish this by championing a customer-centered process that integrates insights and feedback throughout the product development cycle. You will conduct primary research, exploring the behaviors and motivations of our users through a variety of research techniques and methods (i.e. field visits, ethnography, surveys and usability tests). Your research will help us create a product experience that is innovative, useful, usable, and delightful. You'll inspire change at all stages of product development by delivering compelling, written, in-person and visual presentations on your findings and influencing with an informed point of view.

Above all else, as a senior member you'll mentor junior members by investing your energy and talents in supporting the career growth and development of the people on your team.

# Qualifications

**Who You Are:**

If this sounds like a fit for you, you probably have:

- Expertise in understanding and high quality execution of a variety of qualitative and quantitative research methods and how to synthesize them together

- Comfort working in a fast-paced and ambiguous environment while simultaneously conducting end to end research reflective of industry and established best practices

- Exceptional project management skills and experience prioritizing and guiding multiple internal and/or outsourced projects simultaneously from ideation to completion

- Ability to translate research findings into actionable takeaways; comfort presenting analysis and recommendations to executive audiences and key stakeholders across departments

- Strong storytelling capabilities, you can bring research findings to life in creative ways, utilizing excellent data visualization artifacts (storyboards, user flows, journey maps)

- Inquisitive mindset that fuels your desire to constantly learn, improve and iterate, ability to turn business issues into the right research questions and connect those questions across surface areas

- Successful track record of building strong partnerships with product, research, engineering and design teams/leaders and demonstrated ability to influence decisions with insights and an informed point of view

- Skilled at pursuing and guiding the best research approach including qualitative and quantitative consumer insights programs that will create impactful insights that empower decision

- Knowledge and proficiency of the Twitter platform/experience and how it compares to competitors across the global social media landscape.

**Minimum Requirements:**

- 7+ years conducting research in a fast-paced product development environment

- 2+ years conducting user experience research in a fast-paced product development environment

- Proficiency with excel, PowerPoint, keynote and G-suite

- BA/BS or Graduate degree in Human Computer Interaction, Cognitive or Experimental Psychology, Computer Science, or a related field preferred

# Additional information

We are committed to an inclusive and diverse Twitter. Twitter is an equal opportunity employer. We do not discriminate based on race, color, ethnicity, ancestry, national origin, religion, sex, gender, gender identity, gender expression, sexual orientation, age, disability, veteran status, genetic information, marital status or any legally protected status.

San Francisco applicants: Pursuant to the San Francisco Fair Chance Ordinance, we will consider for employment qualified applicants with arrest and conviction records.

## Engineering hiring process

### Step 1

Once your application is received, a recruiter will reach out pending your qualifications are a match for the role.

### Step 2

If your background is a match, you may have 1-2 technical phone interviews or be given the chance to provide a work sample depending on the role.

### Step 3

If the phone interviews go well or your work sample is strong, the final step includes interviews with 5-6 people via a video conference call.

## Application

Resume (required)

Drag and drop to add your resume (.pdf, .doc, .docx, .rtf)

[ Browse files ] [ Choose File ] No file chosen

## Personal information

First name (required) [           ]
Last name (required) [           ]
Email (required) [           ]
Phone number (required) [           ]
Country (required)

[ Select                                    ⌄ ]

Email Confirm (required) [           ]

Have you previously worked/do you currently work for Twitter? (required)

[ Select             ⌄ ]

If yes, please provide estimated dates you were employed and your Twitter email.
[           ]

If you have a design portfolio, GitHub, and/or a personal website, please provide the link (and passwords if needed). [           ]

Are you authorized to work in the country in which this job is offered? (required) ○Yes○No

Will you now or in the future require Twitter's sponsorship to continue or extend your current work authorization status? (required) ○Yes○No

If yes, what is your current immigration status and when does your current status/work authorization expire? [           ]

*Twitter does not accept any unsolicited resumes from recruiting agencies and will not pay fees associated with any such resumes. Agencies, please do not send resumes to any Twitter location, employee, or email address.*

## Privacy and data

Twitter cares about your privacy and protecting your data. Please click the privacy policy link and acknowledge you have read and understood how Twitter treats your privacy and your data.

Privacy Policy - I have read and acknowledge Twitter's Applicant and Candidate Privacy Policy. (required)
Read Twitter's Applicant and Candidate Privacy Policy here (https://careers.twitter.com/en/privacy.html).

☐ Confirmed

Would you like to receive email communication from Twitter about career opportunities? You may unsubscribe at any time. (required) ○Yes○No
Analytics - May we use personal data from your resume and application to analyze and improve the Twitter hiring experience? (required) ○Yes○No
Applicant Data - You have a choice. Can we keep your personal data for both the job you are applying for and any other Twitter jobs that we feel you may be a match for? If you choose yes we will retain your personal data for a period of twelve months to consider you for other job opportunities at Twitter. (required) ○Yes○No

## U.S. Equal Employment Opportunity information (Completion is voluntary)

At Twitter, we have a bold aspiration to reach every person on the planet. We believe that goal is more attainable with a team that understands and represents different cultures and backgrounds and we are committed to an inclusive and diverse Twitter. This is where you come in! Please take a few minutes to provide us with your information. You are not required to provide this information and you may select "Decline to Disclose". Your decision to provide information (or not) will not affect your employment or opportunities at Twitter. Twitter is an equal opportunity employer. We do not discriminate based on race, color, ethnicity, ancestry, national origin, religion, sex, gender, gender identity, gender expression, sexual orientation, age, disability, veteran status, genetic information, marital status or any legally protected status. Pursuant to the San Francisco Fair Chance Ordinance, and other similar local laws, we will consider for employment qualified applicants with arrest and conviction records.

Gender

[ Select ▼ ]

Gender Identity

[ Select ▼ ]

Race/Ethnicity

Select ⌄

**Sexual Orientation**

Select ⌄

**Veteran Status**

Select ⌄

Twitter is committed to working with and providing access and reasonable accommodation to applicants with mental and/or physical disabilities. If you think you may require an accommodation for any part of the recruitment process, please send a request to: accommodation@twitter.com. All requests for accommodations are treated discreetly and confidentially, as practical and permitted by law.

Apply

Read Twitter's Applicant and Candidate Privacy Policy here (https://careers.twitter.com/en/privacy.html).

# U.S. Equal Employment Opportunity information (Completion is voluntary)

# Voluntary Information

# Privacy and data

© 2020 Twitter, Inc.
Cookies (https://help.twitter.com/rules-and-policies/twitter-cookies)
Privacy (https://twitter.com/privacy)
Terms and conditions (https://twitter.com/tos)