





# New York Post ✓

@NYPost · Newspaper

✏️ Sign Up

🔗 email.nypost.com



 New York Post    



    

Both Twitter and Facebook took extraordinary censorship measures

😮👍😆 9.8K     2K Comments   7.5K Shares

👍 Like     💬 Comment     ➤ Share

Most Relevant ▼

Write a comment...    ☺ GIF 🎴
Press Enter to post.

**Susie Turner Kilpatrick**
Are we living in a communist country? I thought we as Americans had rights to free speech and to view news articles on our own free will. When Twitter and Facebook starts cencoring what we see and read they are promoting communism, socialism and dictat... See More
👍 3
Like · Reply · 15w

**John M Maempa**
Yes, Pravda-book has gone full tilt into influencing the 2020 election. Very disappointing!
👍😆 28
Like · Reply · 15w
↳ 1 Reply

**Dale Robert Mack**
These are not giants!! They are overstating their influence. Facebook, Twitter are about to find out they are a platform and NOTHING more. Their ridiculous censorship has shown millions what they are all about and their OPINIONS should never be taken s... See More
👍 3
Like · Reply · 15w
↳ 2 Replies

🏆 Top Fan
**Jonathan Regen**
They're not even trying to hide the bias anymore.
👍😆❤ 247
Like · Reply · 15w
↳ 8 Replies

**Fred Barnard**
Just wrong. Joe Biden's guys have been working hard today to hide the truth. Joe lied and now we all know it for sure.
👍😆❤ 344
Like · Reply · 15w
↳ 45 Replies

    



# Fred Barnard

Posts   About   Friends   More ▼   Message   •••

**Do you know Fred?**
If you know Fred, send him a message.   Message

## Intro

Former Vice President at **Safelite AutoGlass**

Lives in **The Villages, Florida**

From **Somerville, Massachusetts**

