







# New York Post ✓

@NYPost · Newspaper

✏️ Sign Up

↗ email.nypost.com



New York Post ✓


New York Post
   













# Susie Turner Kilpatrick

**Posts**  About  Friends  More ▼                                    💬 Message  •••

### Do you know Susie?
If you know Susie, send her a message.                    💬 Message

## Intro

💼 Works at **Happily Retired**

🎓 Studied **Nursing** at **Grayson County College**

🎓 Went to **Atoka High School**

🏠 Lives in **Palm Beach, Florida**

📍 From **Atoka, Oklahoma**