





# New York Post ✓

@NYPost · Newspaper

✏️ Sign Up

email.nypost.com

 **New York Post** ✓
October 14, 2020 · 🌐

A trove of messages, documents, photos and videos were purportedly recovered from a MacBook Pro laptop that a Delaware computer-shop owner said was brought in for repair in April 2019 and never picked up afterward.

 New York Post  ✏️ Sign Up  👍 Like  



    

NYPOST.COM

**Exclusive | Hunter Biden emails show leveraging connections with his father to boost Burisma pay**

👍😮😡 3.4K       1.4K Comments  3.5K Shares

👍 Like        💬 Comment        ➤ Share

Most Relevant ▼

Write a comment...       😊 GIF 😀

Press Enter to post.

**Toby Kennedy**
Sounds to me like they dropped off a computer they thought was wiped and the owner, realizing it was a Biden computer ran PhotoRec

Like · Reply · 15w       👍 3

↳ 1 Reply

**Bndrew Aobenhouse**
A laptop that's at a random computer shop with this information. Plus it's in the title so it's told immediately. Interesting

Like · Reply · 15w       👍😮 53

↳ 16 Replies

**McCartney Giannoni**
Where is the outstanding headline? I've been waiting a half over here on the other coast...

Like · Reply · 15w       👍 2

↳ 1 Reply

**Michale Worley**
Well, the race is on... To see how much intel can be garnered from the laptop before 3 Nov...

Basement Biden is not off to a good start... FB tried to cover for Biden and make sure the emails and info did not get disseminated..... See More

Like · Reply · 15w       👍❤😡 20

**Mark Seidler**
Biden doesn't know what office he's running for half the time, and the other half he doesn't even know what planet he's on. Yet somehow, somehow it isn't believable that this genius lost track of a whole laptop. I always knew there were some top level... See More

    




**Toby Kennedy**
October 29, 2020

Trump Rally in Tampa!!

 12      4 Comments

👍 Like      ➤ Share

Most Relevant ▼


**Terry Smedley**
I just voted!
Like · 13w  👍 1


**Ken Kennedy**
I hear a train coming
Like · 13w  👍😂 2

↳  Nina Marcantonio replied · 1 Reply

