| John Paul Mac Isaac | | Case No.:              . |
|---|---|---|
| | Plaintiff/Petitioner | |
| vs. | | |
| **TWITTER, Inc.** | | AFFIDAVIT OF SERVICE OF |
| | Defendant/Respondent | **Letter** |

Received by **Isaiah Greene**, on the **9th day of February, 2021 at 1:56 PM** to be served upon **TWITTER, Inc.** at **Market Square, 1355 Market St #900, San Francisco, San Francisco County, CA 94103.**
On the **9th day of February, 2021 at 3:20 PM**, I, **Isaiah Greene, SERVED TWITTER, Inc. at 1209 Orange St, Wilmington, New Castle County, DE 19801** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **John Doe**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **WHO REFUSED TO GIVE NAME, PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, a brown-haired white male approx. 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs. Residency indicated by package/mail addressed to subject.**

Service Fee Total: **$150.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _____

Isaiah Greene                    Server ID #                    02/09/2021

                                                               Date

REF: **REF-7384221**

Wesley R. Harvin, Esq.
harvinfrontdesk@gmail.com

Wesley R. Harvin, II, Esq.
harvinfrontdesk@gmail.com

Est. 1978

# HARVIN & HARVIN, LLP

Probate Litigation / Estate Planning / Complicated Tax Matters
Marital & Family

900 E. Ocean Blvd.
Ste. 210B
Stuart, FL 34994
www.harvinlegal.com

Tel: 772.286.3630
Fax: 772.781.5524

2/4/2021

Wesley R. Harvin II, JD, LLM
harvinfrontdesk@gmail.com

**Via Email and Hand-Delivery**
Twitter, Inc.
Market Square
1355 Market St #900
San Francisco, CA 94103

**RE:    John Paul Mac Isaac**

To Whom,

　　　　Please be advised that the undersigned attorneys, Wesley Harvin and Brian Della Rocca, represent Mr. John Paul Mac Isaac. Please direct all future communications to Mr. Della Rocca at the below address.

　　　　We write in accordance with Florida Statute Sec. 770.01, to provide you with pre0suit notice that Mr. Mac Isaac intends to initiate litigation against Twitter, Inc., and Madbits, LLC in connection with action taken by Twitter on October 14, 2020 in connection with an article published by The Washington Post on October 14, 2020 entitled "Smoking-gun email reveals how Hunter Biden introduced Ukrainian businessman to VP dad" (the "Article"). A copy of same is attached hereto as Exhibit A.

　　　　The Article states that emails and video had been found on a laptop computer "dropped off at a repair shop in [Hunter] Biden's home state of Delaware". Mr. Mac Isaac was the owner of the repair shop.

　　　　On October 14, 2020, Twitter locked the account of The Washington Post because of the Article. A copy of screenshots showing the account lock is attached hereto as Exhibit B. The statements of concern made in that lock are as follows:

　　　　"YOUR ACCOUNT HAS BEEN LOCKED.
　　　　What happened?
　　　　1.　　　　Violating our rules against distribution of hacked materials.
　　　　We don't permit the use of services to directly distribute content obtained through hacking that contains private information, may put people in physical harm or danger, or contains trade secrets."

1

Furthermore, @TwitterSafety tweeted the following on October 14, 2020:

"We want to provide much needed clarity around the actions we've taken this morning with respect to two NY Post articles that were first tweeted this morning."

"The images contained in the articles include personal and private information – like email address and phone numbers – which violate our rules."

"As noted this morning, we also currently view materials included in the articles as violations of our Hacked Materials Policy." *See Exhibit B.*

The obvious target of these statements is our client Mr. Mac Isaac. At no point in time did Mr. Mac Isaac ever hack any computer, nor did he hack the computer in question. The statement that his materials were "hacked" is false, with no basis in fact whatsoever.

No attempts were made to determine the truth of the matter with respect to Mr. Mac Issac, which would have taken a simple phone call. Mr. Mac Isaac is not a public figure, he has no staff or representatives who would have intervened or impeded efforts at verification.

The resulting damage was immediate, ongoing, and predictable. Mr. Mac Isaac was instantly identified online, harassed, ridiculed, accused of being a "Russian", and threatened. His personal and professional reputation has been ruined.

My clients hereby demand an immediate and complete retraction of the libelous material and implications in a manner designed to be as visible as the original article, no later than February 9th, 2021. If counsel would like to discuss the matter prior to February 9th, 2021, please contact Mr. Brian Della Rocca at:

**Brian R. Della Rocca, Esquire**
Partner - Compass Law Partners
**Phone** 240-454-1013
**Fax** 301-740-2297
**Web** www.Compass-Law.com
**Email** BDellaRocca@Compass-Law.com


HARVIN & HARVIN LLP

Wesley R. Harvin II
900 E. Ocean Blvd Ste 210B
Stuart, FL 34994
Tel: 772.286.3630
harvinfrontdesk@gmail.com

EXHIBIT A



NY Post photo composite

NEWS   EXCLUSIVE

## Smoking-gun email reveals how Hunter Biden introduced Ukrainian businessman to VP dad

By Emma-Jo Morris and Gabrielle Fonrouge                                October 14, 2020 | 5:00am | Updated

Hunter Biden introduced his father, then-Vice President Joe Biden, to a top executive at a Ukrainian energy firm less than a year before the elder Biden pressured government officials in Ukraine into firing a prosecutor who was investigating the company, according to emails obtained by The Post.

The never-before-revealed meeting is mentioned in a message of appreciation that Vadym Pozharskyi, an adviser to the board of Burisma, allegedly sent Hunter Biden on April 17, 2015, about a year after Hunter joined the Burisma board at a reported salary of up to $50,000 a month.

"Dear Hunter, thank you for inviting me to DC and giving an opportunity to meet your father and spent [sic] some time together. It's realty [sic] an honor and pleasure," the email reads.

An earlier email from May 2014 also shows Pozharskyi, reportedly Burisma's No. 3 exec, asking Hunter for "advice on how you could use your influence" on the company's behalf.

The blockbuster correspondence — which flies in the face of Joe Biden's claim that he's "never spoken to my son about his overseas business dealings" — is contained in a massive trove of data recovered from a laptop computer.

From: Vadym Pozharskyi
<v.pozharskyi.ukraine@gmail.com>
Subject: Meeting for coffee?
Date: April 17, 2015 at 6:00:51 AM PDT
To: Hunter Biden <hbiden@rosemontseneca.com>

Dear Hunter, thank you for inviting me to DC and giving an opportunity to meet your father and spent some time together. It's realty an honor and pleasure. As we spoke yesterday evening, would be great to meet today for a quick coffee. What do you think? I could come to you office somewhere around noon or so, before or on my way to airport.
Best ,
V

Отправлено с iPhone

The computer was dropped off at a repair shop in Biden's home state of Delaware in April 2019, according to the store's owner.

Other material extracted from the computer includes a raunchy, 12-minute video that appears to show Hunter, who's admitted struggling with addiction problems, smoking crack while engaged in a sex act with an unidentified woman, as well as numerous other sexually explicit images.

The customer who brought in the water-damaged MacBook Pro for repair never paid for the service or retrieved it or a hard drive on which its contents were stored, according to the shop owner, who said he tried repeatedly to contact the client.

The shop owner couldn't positively identify the customer as Hunter Biden, but said the laptop bore a sticker from the Beau Biden Foundation, named after Hunter's late brother and former Delaware attorney general.

Photos of a Delaware federal subpoena given to The Post show that both the computer and hard drive were seized by the FBI in December, after the shop's owner says he alerted the feds to their existence.

AO 110 (Rev 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
District of Delaware

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: ▮▮▮▮▮▮

Grand Jury Subpoena Number ▮▮▮▮▮

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: J. Caleb Boggs Federal Building Room 3001, 844 King Street Wilmington, DE, 19801 | Date and Time: Response Due By: Tuesday, December 17, 2019 |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

In lieu of personal appearance, please see ATTACHMENT A

Date:   December 9, 2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Lesley R. Wolf
Assistant United States Attorney
United States Attorney's Office
1313 North Market Street, Suite 400
Wilmington, DE 19899-2046
Phone: (302) 573-6277

A federal subpoena showing the computer and hard drive were seized by the FBI

But before turning over the gear, the shop owner says, he made a copy of the hard drive and later gave it to former Mayor Rudy Giuliani's lawyer, Robert Costello.

Steve Bannon, former adviser to President Trump, told The Post about the existence of the hard drive in late September and Giuliani provided The Post with a copy of it on Sunday.

Less than eight months after Pozharskyi thanked Hunter Biden for the introduction to his dad, the then-vice president admittedly pressured Ukrainian President Petro Poroshenko and Prime Minister Arseniy Yatsenyuk into getting rid of Prosecutor General Viktor Shokin by threatening to withhold a $1 billion US loan guarantee during a December 2015 trip to Kiev.

"I looked at them and said: I'm leaving in six hours. If the prosecutor is not fired, you're not getting the money," Biden infamously bragged to the Council on Foreign Relations in 2018.

"Well, son of a bitch. He got fired."

Shokin has said that at the time of his firing, in March 2016, he'd made "specific plans" to investigate Burisma that "included interrogations and other crime-investigation procedures into all members of the executive board, including Hunter Biden."

Joe Biden has insisted that the US wanted Shokin removed over corruption concerns, which were shared by the European Union.

Meanwhile, an email dated May 12, 2014 — shortly after Hunter Biden joined the Burisma board — shows Pozharskyi attempting to get him to use his political leverage to help the company.

The message had the subject line "urgent issue" and was also sent to Hunter Biden's business partner, Devon Archer, who also sat on the Burisma board at the time.



1 of 2

Email from Vadim Pozharskyi... by New York Post

Pozharskyi said that "the representatives of new authorities in power tend to quite aggressively approach N. Z. unofficially with the aim to obtain cash from him."

N.Z. isn't identified in the email but appears to be a reference to Burisma founder Mykola Zlochevsky, whose first name is a Ukrainian version of "Nicholas."

When the alleged shakedown failed, "they proceeded with concrete actions" in the form of "one or more pretrial proceedings," Pozharskyi wrote.

"We urgently need your advice on how you could use your influence to convey a message / signal, etc .to stop what we consider to be politically motivated actions," he added.

Pozharskyi and Hunter Biden

Vadym Pozharskyi and Hunter Biden
Yalta European Strategy / Getty Images

Hunter Biden responded by saying he was with Archer in Doha, Qatar, and asked for more information about "the formal (if any) accusations being made against Burisma."

"Who is ultimately behind these attacks on the company? Who in the current interim government could put an end to such attacks?" he added.

The exchange came the same day that Burisma announced it had expanded its board of directors by adding Hunter Biden, who was put in charge of its "legal unit and will provide support for the Company among international organizations," according to a news release that's since been scrubbed from Burisma's website.

Hunter Biden actually joined the board in April 2014, according to multiple reports.

His lawyer said last year that Hunter was "not a member of the management team," adding, "At no time was Hunter in charge of the company's legal affairs."

About four months after Hunter Biden's correspondence with Pozharskyi, Archer forwarded Hunter Biden an email chain with the subject line "tax raise impact on Burisma production," which included Pozharskyi saying that the Ukrainian cabinet had submitted new tax legislation to the country's parliament.



Photos from Hunter Biden's hard drive

"If enacted, this law would kill the entire private gas production sector in the bud," Pozharskyi wrote.

In the Sept. 24, 2014, email, Pozharskyi also said he was "going to share this information with the US embassy here in Kyiv, as well as the office of Mr Amos Hochstein in the States."

At the time, Hochstein was the State Department's newly appointed special envoy and coordinator for international energy affairs.

Devon Archer

Devon Archer
Patrick McMullan via Getty Image

In December 2017, the Naftogaz Group, Ukraine's state-owned energy company, announced that Hochstein had joined the company as an independent director, but on Monday he announced his resignation.

"The company has been forced to spend endless amounts of time combating political pressure and efforts by oligarchs to enrich themselves through questionable transactions," Hochstein wrote in an op-ed published by the Kyiv Post.

In addition to denying that's he's spoken to Hunter Biden about his overseas business dealings, Joe Biden has repeatedly denied any conflict of interest or wrongdoing by either of them involving Burisma.

Last February, he got testy during an appearance on NBC's "Today" show when co-host Savannah Guthrie questioned whether it was "wrong for [Hunter] to take that position, knowing that it was really because that company wanted access to you."

"Well, that's not true. You're saying things you do not know what you're talking about," the elder Biden responded.



Photos from Hunter Biden's hard drive

Last December, Joe Biden also lashed out during a Democratic primary town hall event in Iowa, where a man accused him of sending Hunter to Ukraine "to get a job and work for a gas company, he had no experience with gas or nothing, in order to get access to . . . the president."

"You're a damn liar, man. That's not true and no one has ever said that," Biden fumed.

Biden then continued berating the man as he stepped forward, called the man "fat" and challenged him to "do push-ups together, man."

The FBI referred questions about its seizure of the laptop and hard drive to the Delaware US Attorney's Office, where a spokesperson said, "My office can neither confirm nor deny the existence of an investigation."

Hunter Biden's lawyer refused to comment on the specifics but instead attacked Giuliani.

"He has been pushing widely discredited conspiracy theories about the Biden family, openly relying on actors tied to Russian intelligence," the lawyer, George R. Mesires, said of Giuliani.

Pozharskyi and the Joe Biden campaign did not return requests for comment. Hochstein could not be reached.

Additional reporting by Ebony Bowden

FILED UNDER   **COMPUTERS, EMAILS, ENERGY, HUNTER BIDEN, JOE BIDEN, NATURAL GAS, RUDY GIULIANI, STEVE BANNON, UKRAINE, 10/14/20**



**RECOMMENDED   1/5**

John Kerry defends taking private jet to accept
climate award in Iceland

Read More >

EXHIBIT B

 English ▾

## Warning: this link may be unsafe

https://nypost.com/2020/10/14/email-reveals-how-hunter-biden-introduced-ukrainian-biz-man-to-dad/

The link you are trying to access has been identified by Twitter or our partners as being potentially spammy or unsafe, in accordance with Twitter's URL Policy. This link could fall into any of the below categories:

- malicious links that could steal personal information or harm electronic devices
- spammy links that mislead people or disrupt their experience
- violent or misleading content that could lead to real-world harm
- certain categories of content that, if posted directly on Twitter, are a violation of the Twitter Rules

**Back to previous page**

Ignore this warning and continue

## Your account has been locked.

 **New York Post**
@nypost

**What happened?**
We have determined that this account violated the Twitter Rules. Specifically, for:

1. **Violating our rules against distribution of hacked material.**
   We don't permit the use of our services to directly distribute content obtained through hacking that contains private information, may put people in physical harm or danger, or contains trade secrets.



Twitter Safety ✔ @TwitterSafety · Oct 14

We want to provide much needed clarity around the actions we've taken with respect to two NY Post articles that were first Tweeted this morning.

💬 20.1K    🔁 8.4K    ♡ 16.4K    ⬆

Twitter Safety ✔ @TwitterSafety · Oct 14

The images contained in the articles include personal and private information — like email addresses and phone numbers — which violate our rules.

> Private information policy
> Posting another person's private and confidential information is a violation of the Twitter Rules. Learn ...
> 🔗 help.twitter.com

💬 1.5K    🔁 1.3K    ♡ 5.9K    ⬆

Twitter Safety ✔
@TwitterSafety

Replying to @TwitterSafety

As noted this morning, we also currently view materials included in the articles as violations of our Hacked Materials Policy.

> Distribution of hacked materials policy
> We don't condone attempts to compromise or infiltrate computer systems for malicious purposes.
> 🔗 help.twitter.com

7:44 PM · Oct 14, 2020 · Twitter Web App

728 Retweets    340 Quote Tweets    5.5K Likes

Wesley R. Harvin, Esq.
harvinfrontdesk@gmail.com

# HARVIN & HARVIN, LLP

900 E. Ocean Blvd.
Ste. 210B
Stuart, FL 34994
www.harvinlegal.com

Wesley R. Harvin, II, Esq.
harvinfrontdesk@gmail.com

Probate Litigation / Estate Planning / Complicated Tax Matters
Marital & Family

Tel: 772.286.3630
Fax: 772.781.5524

Est. 1978

---

1/26/2021

Wes Harvin II, JD, LLM
harvinfrontdesk@gmail.com

Attn: Service of Process
TWITTER, Inc.
c/o Secretary of State
2415 N. Munroe Street
Ste 810
Tallahassee, FL 32303

**RE:**      **NOTICE OF SERVICE OF PROCESS: LETTER as per Florida Statute 770.01**

To Whom,

*Florida Statutes 48.161* and *48.181* provide for service of process on a nonresident engaging in business or in a business venture in the State of Florida by means of service on the Secretary of State of Florida.

You are notified that a Notice of Defamation as per FS 770.01 has been mailed to by you Certified Mail by *JOHN PAUL MAC ISAAC*. Service was made on the Secretary of State on *even date herewith*. A copy of the service is enclosed. A copy of the Service is enclosed herein.

FOR THE FIRM OF HARVIN & HARVIN LLP

Sincerely,

Wesley R. Harvin II, JD, LLM
900 E. Ocean Blvd Ste 210B
Stuart, FL 34994
Fla Bar No: 527068
Tel: 772.286.3630

## VERIFIED RETURN OF SERVICE

**State of Florida**

**County of**

Case Number: LETTER

Plaintiff:
**TWITTER, INC. c/o MADBITS, LLC  As Business Agent for TWITTER, Inc.**

JGS2021007234

vs.

Defendant:

For:
Emily
Harvin & Harvin, LLP
900 SE Ocean Blvd.
Suite 210B
Stuart, FL 34994

Received by COURTESY FLORIDA PROCESS SERVERS on the 4th day of February, 2021 at 11:45 am to be served on **Twitter, Inc. c/o MADBITS, LLC By serving CT Corporation Systems as it's statutory registered agent, 1200 S. Pine Island Road, Suite 240, Plantation, FL 33324.**

I, CARLOS PARDO, do hereby affirm that on the **4th day of February, 2021** at **12:30 pm, I:**

**CORPORATE: served** by delivering a true copy of the **LETTER and SUBSEQUENT DOCUMENTS** with the date and hour of service endorsed thereon by me, to: **Donna Mock** as **Registered Agent** at the address of: **1200 S. Pine Island Road, Suite 240, Plantation, FL 33324** on behalf of **Twitter, Inc. c/o MADBITS, LLC**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a sheriff appointed, SPECIAL PROCESS SERVER IN GOOD STANDING for the in the county in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525 ( 2 ).

**CARLOS PARDO**
SPS # 519

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-3160**

Our Job Serial Number: JGS-2021007234

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

Wesley R. Harvin, Esq.
harvinfrontdesk@gmail.com

Wesley R. Harvin, II, Esq.
harvinfrontdesk@gmail.com

Est. 1978

# HARVIN & HARVIN, LLP

Probate Litigation / Estate Planning / Complicated Tax Matters
Marital & Family

900 E. Ocean Blvd.
Ste. 210B
Stuart, FL 34994
www.harvinlegal.com

Tel: 772.286.3630
Fax: 772.781.5524

2/4/2021

Wesley R. Harvin II, JD, LLM
harvinfrontdesk@gmail.com

**<u>Via Hand-Delivery</u>**
Twitter, Inc.
c/o MADBITS, LLC
As Business Agent for TWITTER, Inc.
c/o CT Corporation System
1200 S Pine Island Road
Plantation, FL 33324
As Registered Agent for MADBITS, LLC

**RE:**   **John Paul Mac Isaac**

To Whom,

Please be advised that the undersigned attorneys, Wesley Harvin and Brian Della Rocca, represent Mr. John Paul Mac Isaac. Please direct all future communications to Mr. Della Rocca at the below address.

We write in accordance with Florida Statute Sec. 770.01, to provide you with pre0suit notice that Mr. Mac Isaac intends to initiate litigation against Twitter, Inc., and Madbits, LLC in connection with action taken by Twitter on October 14, 2020 in connection with an article published by The Washington Post on October 14, 2020 entitled "Smoking-gun email reveals how Hunter Biden introduced Ukrainian businessman to VP dad" (the "Article"). A copy of same is attached hereto as Exhibit A.

The Article states that emails and video had been found on a laptop computer "dropped off at a repair shop in [Hunter] Biden's home state of Delaware". Mr. Mac Isaac was the owner of the repair shop.

On October 14, 2020, Twitter locked the account of The Washington Post because of the Article. A copy of screenshots showing the account lock is attached hereto as Exhibit B. The statements of concern made in that lock are as follows:

"YOUR ACCOUNT HAS BEEN LOCKED.
What happened?
1.       Violating our rules against distribution of hacked materials.
We don't permit the use of services to directly distribute content obtained through hacking that

1

contains private information, may put people in physical harm or danger, or contains trade secrets."

Furthermore, @TwitterSafety tweeted the following on October 14, 2020:

"We want to provide much needed clarity around the actions we've taken this morning with respect to two NY Post articles that were first tweeted this morning."

"The images contained in the articles include personal and private information – like email address and phone numbers – which violate our rules."

"As noted this morning, we also currently view materials included in the articles as violations of our Hacked Materials Policy." *See Exhibit B.*

The obvious target of these statements is our client Mr. Mac Isaac. At no point in time did Mr. Mac Isaac ever hack any computer, nor did he hack the computer in question. The statement that his materials were "hacked" is false, with no basis in fact whatsoever.

No attempts were made to determine the truth of the matter with respect to Mr. Mac Issac, which would have taken a simple phone call. Mr. Mac Isaac is not a public figure, he has no staff or representatives who would have intervened or impeded efforts at verification.

The resulting damage was immediate, ongoing, and predictable. Mr. Mac Isaac was instantly identified online, harassed, ridiculed, accused of being a "Russian", and threatened. His personal and professional reputation has been ruined.

My clients hereby demand an immediate and complete retraction of the libelous material and implications in a manner designed to be as visible as the original article, no later than February 9th, 2021. If counsel would like to discuss the matter prior to February 9th, 2021, please contact Mr. Brian Della Rocca at:

**Brian R. Della Rocca, Esquire**
Partner - Compass Law Partners
**Phone** 240-454-1013
**Fax** 301-740-2297
**Web** www.Compass-Law.com
**Email** BDellaRocca@Compass-Law.com

HARVIN & HARVIN LLP

Wesley R. Harvin II
900 E. Ocean Blvd Ste 210B
Stuart, FL 34994
Tel: 772.286.3630
harvinfrontdesk@gmail.com

2

EXHIBIT A



NY Post photo composite

NEWS  EXCLUSIVE

## Smoking-gun email reveals how Hunter Biden introduced Ukrainian businessman to VP dad

By Emma-Jo Morris and Gabrielle Fonrouge                    October 14, 2020 | 5:00am | Updated

Hunter Biden introduced his father, then-Vice President Joe Biden, to a top executive at a Ukrainian energy firm less than a year before the elder Biden pressured government officials in Ukraine into firing a prosecutor who was investigating the company, according to emails obtained by The Post.

The never-before-revealed meeting is mentioned in a message of appreciation that Vadym Pozharskyi, an adviser to the board of Burisma, allegedly sent Hunter Biden on April 17, 2015, about a year after Hunter joined the Burisma board at a reported salary of up to $50,000 a month.

"Dear Hunter, thank you for inviting me to DC and giving an opportunity to meet your father and spent [sic] some time together. It's realty [sic] an honor and pleasure," the email reads.

An earlier email from May 2014 also shows Pozharskyi, reportedly Burisma's No. 3 exec, asking Hunter for "advice on how you could use your influence" on the company's behalf.

The blockbuster correspondence — which flies in the face of Joe Biden's claim that he's "never spoken to my son about his overseas business dealings" — is contained in a massive trove of data recovered from a laptop computer.

From: Vadym Pozharskyi
<v.pozharskyi.ukraine@gmail.com>
Subject: Meeting for coffee?
Date: April 17, 2015 at 6:00:51 AM PDT
To: Hunter Biden <hbiden@rosemontseneca.com>

Dear Hunter, thank you for inviting me to DC and giving an opportunity to meet your father and spent some time together. It's realty an honor and pleasure. As we spoke yesterday evening, would be great to meet today for a quick coffee. What do you think? I could come to you office somewhere around noon or so, before or on my way to airport.
Best ,
V

Отправлено с iPhone

The computer was dropped off at a repair shop in Biden's home state of Delaware in April 2019, according to the store's owner.

Other material extracted from the computer includes a raunchy, 12-minute video that appears to show Hunter, who's admitted struggling with addiction problems, smoking crack while engaged in a sex act with an unidentified woman, as well as numerous other sexually explicit images.

The customer who brought in the water-damaged MacBook Pro for repair never paid for the service or retrieved it or a hard drive on which its contents were stored, according to the shop owner, who said he tried repeatedly to contact the client.

The shop owner couldn't positively identify the customer as Hunter Biden, but said the laptop bore a sticker from the Beau Biden Foundation, named after Hunter's late brother and former Delaware attorney general.

Photos of a Delaware federal subpoena given to The Post show that both the computer and hard drive were seized by the FBI in December, after the shop's owner says he alerted the feds to their existence.

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
### for the
District of Delaware

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

Grand Jury Subpoena Number

To: 

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: J. Caleb Boggs Federal Building Room 3001, 844 King Street Wilmington, DE 19801 | Date and Time: Response Due By: Tuesday, December 17, 2019 |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

In lieu of personal appearance, please see ATTACHMENT A

Date: December 9, 2019

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Lesley F. Wolf
Assistant United States Attorney
United States Attorney's Office
1313 North Market Street, Suite 400
Wilmington, DE 19899-2046
Phone (302) 573-6277

A federal subpoena showing the computer and hard drive were seized by the FBI

But before turning over the gear, the shop owner says, he made a copy of the hard drive and later gave it to former Mayor Rudy Giuliani's lawyer, Robert Costello.

Steve Bannon, former adviser to President Trump, told The Post about the existence of the hard drive in late September and Giuliani provided The Post with a copy of it on Sunday.

Less than eight months after Pozharskyi thanked Hunter Biden for the introduction to his dad, the then-vice president admittedly pressured Ukrainian President Petro Poroshenko and Prime Minister Arseniy Yatsenyuk into getting rid of Prosecutor General Viktor Shokin by threatening to withhold a $1 billion US loan guarantee during a December 2015 trip to Kiev.

"I looked at them and said: I'm leaving in six hours. If the prosecutor is not fired, you're not getting the money," Biden infamously bragged to the Council on Foreign Relations in 2018.

"Well, son of a bitch. He got fired."

Shokin has said that at the time of his firing, in March 2016, he'd made "specific plans" to investigate Burisma that "included interrogations and other crime-investigation procedures into all members of the executive board, including Hunter Biden."

Joe Biden has insisted that the US wanted Shokin removed over corruption concerns, which were shared by the European Union.

Meanwhile, an email dated May 12, 2014 — shortly after Hunter Biden joined the Burisma board — shows Pozharskyi attempting to get him to use his political leverage to help the company.

The message had the subject line "urgent issue" and was also sent to Hunter Biden's business partner, Devon Archer, who also sat on the Burisma board at the time.



1 of 2

Email from Vadim Pozharskyi... by New York Post

Pozharskyi said that "the representatives of new authorities in power tend to quite aggressively approach N. Z. unofficially with the aim to obtain cash from him."

N.Z. isn't identified in the email but appears to be a reference to Burisma founder Mykola Zlochevsky, whose first name is a Ukrainian version of "Nicholas."

When the alleged shakedown failed, "they proceeded with concrete actions" in the form of "one or more pretrial proceedings," Pozharskyi wrote.

"We urgently need your advice on how you could use your influence to convey a message / signal, etc .to stop what we consider to be politically motivated actions," he added.

Pozharskyi and Hunter Biden

Vadym Pozharskyi and Hunter Biden
Yalta European Strategy / Getty Images

Hunter Biden responded by saying he was with Archer in Doha, Qatar, and asked for more information about "the formal (if any) accusations being made against Burisma."

"Who is ultimately behind these attacks on the company? Who in the current interim government could put an end to such attacks?" he added.

The exchange came the same day that Burisma announced it had expanded its board of directors by adding Hunter Biden, who was put in charge of its "legal unit and will provide support for the Company among international organizations," according to a news release that's since been scrubbed from Burisma's website.

Hunter Biden actually joined the board in April 2014, according to multiple reports.

His lawyer said last year that Hunter was "not a member of the management team," adding, "At no time was Hunter in charge of the company's legal affairs."

About four months after Hunter Biden's correspondence with Pozharskyi, Archer forwarded Hunter Biden an email chain with the subject line "tax raise impact on Burisma production," which included Pozharskyi saying that the Ukrainian cabinet had submitted new tax legislation to the country's parliament.



Photos from Hunter Biden's hard drive

"If enacted, this law would kill the entire private gas production sector in the bud," Pozharskyi wrote.

In the Sept. 24, 2014, email, Pozharskyi also said he was "going to share this information with the US embassy here in Kyiv, as well as the office of Mr Amos Hochstein in the States."

At the time, Hochstein was the State Department's newly appointed special envoy and coordinator for international energy affairs.

Devon Archer

Devon Archer
Patrick McMullan via Getty Image

In December 2017, the Naftogaz Group, Ukraine's state-owned energy company, announced that Hochstein had joined the company as an independent director, but on Monday he announced his resignation.

"The company has been forced to spend endless amounts of time combating political pressure and efforts by oligarchs to enrich themselves through questionable transactions," Hochstein wrote in an op-ed published by the Kyiv Post.

In addition to denying that's he's spoken to Hunter Biden about his overseas business dealings, Joe Biden has repeatedly denied any conflict of interest or wrongdoing by either of them involving Burisma.

Last February, he got testy during an appearance on NBC's "Today" show when co-host Savannah Guthrie questioned whether it was "wrong for [Hunter] to take that position, knowing that it was really because that company wanted access to you."

"Well, that's not true. You're saying things you do not know what you're talking about," the elder Biden responded.



Photos from Hunter Biden's hard drive

Last December, Joe Biden also lashed out during a Democratic primary town hall event in Iowa, where a man accused him of sending Hunter to Ukraine "to get a job and work for a gas company, he had no experience with gas or nothing, in order to get access to . . . the president."

"You're a damn liar, man. That's not true and no one has ever said that," Biden fumed.

Biden then continued berating the man as he stepped forward, called the man "fat" and challenged him to "do push-ups together, man."

The FBI referred questions about its seizure of the laptop and hard drive to the Delaware US Attorney's Office, where a spokesperson said, "My office can neither confirm nor deny the existence of an investigation."

Hunter Biden's lawyer refused to comment on the specifics but instead attacked Giuliani.

"He has been pushing widely discredited conspiracy theories about the Biden family, openly relying on actors tied to Russian intelligence," the lawyer, George R. Mesires, said of Giuliani.

Pozharskyi and the Joe Biden campaign did not return requests for comment. Hochstein could not be reached.

*Additional reporting by Ebony Bowden*

**FILED UNDER** **COMPUTERS**, **EMAILS**, **ENERGY**, **HUNTER BIDEN**, **JOE BIDEN**, **NATURAL GAS**, **RUDY GIULIANI**, **STEVE BANNON**, **UKRAINE**, **10/14/20**



**RECOMMENDED** **1/5**

John Kerry defends taking private jet to accept climate award in Iceland

Read More >

EXHIBIT B



English ▾

## Warning: this link may be unsafe

https://nypost.com/2020/10/14/email-reveals-how-hunter-biden-introduced-ukrainian-biz-man-to-dad/

The link you are trying to access has been identified by Twitter or our partners as being potentially spammy or unsafe, in accordance with Twitter's URL Policy. This link could fall into any of the below categories:

- malicious links that could steal personal information or harm electronic devices
- spammy links that mislead people or disrupt their experience
- violent or misleading content that could lead to real-world harm
- certain categories of content that, if posted directly on Twitter, are a violation of the Twitter Rules

Back to previous page

Ignore this warning and continue



# Your account has been locked.

**New York Post**
@nypost

**What happened?**
We have determined that this account violated the Twitter Rules. Specifically, for:

1. **Violating our rules against distribution of hacked material.**
   We don't permit the use of our services to directly distribute content obtained through hacking that contains private information, may put people in physical harm or danger, or contains trade secrets.



**Twitter Safety** ✓ @TwitterSafety · Oct 14
We want to provide much needed clarity around the actions we've taken with respect to two NY Post articles that were first Tweeted this morning.

💬 20.1K          ♺ 8.4K          ♡ 16.4K          ⬆

**Twitter Safety** ✓ @TwitterSafety · Oct 14
The images contained in the articles include personal and private information — like email addresses and phone numbers — which violate our rules.

> Private information policy
> Posting another person's private and confidential information is a violation of the Twitter Rules. Learn …
> 🔗 help.twitter.com

💬 1.5K          ♺ 1.3K          ♡ 5.9K          ⬆

**Twitter Safety** ✓
@TwitterSafety

Replying to @TwitterSafety

As noted this morning, we also currently view materials included in the articles as violations of our Hacked Materials Policy.

> Distribution of hacked materials policy
> We don't condone attempts to compromise or infiltrate computer systems for malicious purposes.
> 🔗 help.twitter.com

7:44 PM · Oct 14, 2020 · Twitter Web App

**728** Retweets    **340** Quote Tweets    **5.5K** Likes

Wesley R. Harvin, Esq.
harvinfrontdesk@gmail.com

Wesley R. Harvin, II, Esq.
harvinfrontdesk@gmail.com

Est. 1978

# HARVIN & HARVIN, LLP

Probate Litigation / Estate Planning / Complicated Tax Matters
Marital & Family

900 E. Ocean Blvd.
Ste. 210B
Stuart, FL 34994
www.harvinlegal.com

Tel: 772.286.3630
Fax: 772.781.5524

1/29/2021

Wes Harvin II, JD, LLM
harvinfrontdesk@gmail.com

Attn: Service of Process
TWITTER, Inc.
c/o
MADBITS, LLC
As Business Agent for TWITTER, Inc.,
c/o
CT Corporation System
1200 S Pine Island Road
Plantation, FL 33324
As Registered Agent for MADBITS, LLC

RE:        NOTICE OF SERVICE: LETTER as per Florida Statute 770.01

To Whom,

        *Florida Statutes 48.161* and *48.181* provide for service of process on a nonresident engaging in business or in a business venture in the State of Florida by means of service on the Secretary of State of Florida.

        You are notified that a Notice of Defamation as per FS 770.01 has been mailed to you by Certified Mail by *JOHN PAUL MAC ISAAC*. Service was made on the Secretary of State on *January 26th, 2021*. A copy of the service is enclosed. A copy of the Service is enclosed herein.

FOR THE FIRM OF HARVIN & HARVIN LLP

Sincerely,

Wesley R. Harvin II, JD, LLM
900 E. Ocean Blvd Ste 210B
Stuart, FL 34994
Fla Bar No: 527068
Tel: 772.286.3630

Wesley R. Harvin, Esq.
harvinfrontdesk@gmail.com

Wesley R. Harvin, II, Esq.
harvinfrontdesk@gmail.com

Est. 1978

# HARVIN & HARVIN, LLP

Probate Litigation / Estate Planning / Complicated Tax Matters
Marital & Family

900 E. Ocean Blvd.
Ste. 210B
Stuart, FL 34994
www.harvinlegal.com

Tel: 772.286.3630
Fax: 772.781.5524

---

1/26/2021

Wes Harvin II, JD, LLM
harvinfrontdesk@gmail.com

Attn: Service of Process
TWITTER, Inc.
c/o Secretary of State
2415 N. Munroe Street
Ste 810
Tallahassee, FL 32303

RE: _____ SERVICE OF PROCESS: LETTER as per Florida Statute 770.01

To Whom,

Please take this cover letter for Substituted Service of Process for a document to be served on TWITTER, INC., a Delaware Corporation operating and doing business in Florida without Registration as a Foreign Corporation.

The specific section of Chapter 48 that authorizes the Division of Corporations to accept service is Sec. 48.181.

Please find enclosed the following:

a.      a letter from Brian Della Rocca, Esq. on behalf of John Paul Mac Isaac, addressed to Twitter and providing notice of defamation as per FS 770.01; and

b.      a copy of the Non-Service Return from professional process server Andre Samuels, made at Twitter's advertised Miami office; and

c.      check number #6407 from Harvin & Harvin LLP made payable to the Florida Department of State in the amount of $8.75.

Sincerely,

Wesley R. Harvin II, JD, LLM
Cc: TWITTER, Inc. Attn: Gen Counsel, 1355 Market Street Ste 900, San Francisco, CA 94103



► COMPASS LAW PARTNERS



48 Maryland Avenue, 4th Floor
Annapolis, MD 21401

**Brian R. Della Rocca, Esquire**
51 Monroe Street, Suite 408
Rockville, Maryland 20850
Phone: 240/454-1013
Fax: 301/740-2297
Email: bdellarocca@compass-law.com

January 8, 2021

*Delivered Via Courier in Accordance with Florida Statute 770.01*
*and via Certified Mail Return Receipt Requested*

Twitter, Inc.
Attn: Office of General Counsel
1355 Market Street
Suite 900
San Francisco, CA 94103

Re:   **NOTICE OF DEFAMATION**

Dear Sir/Madam:

My law firm represents John Paul Mac Isaac, in connection with the matters discussed herein.

On October 14, 2020, the New York Post newspaper published a story containing information about Mr. Hunter Biden that had been originally obtained from Mr. Mac Isaac. You, through your social media platform, published a statement that you were limiting/preventing the distribution of the article because it violates your hacked materials policy. In doing so, you knowingly and intentionally defamed my client. You are hereby on notice that your publication about my client constitutes libel per se under Florida law.

Please contact me immediately to provide me with the contact details for any attorney to whom I should direct further communications.

Regards,

COMPASS LAW PARTNERS

Brian R. Della Rocca

cc:   Mr. John Paul Mac Isaac (via email)

Court Stamp Here

## NON-SERVICE RETURN

| | |
|---|---|
| Court | Non-Court Action in a Florida Case |

| | |
|---|---|
| Plaintiff<br><br>JOHN PAUL MAC ISAAC | Case # |
| Defendant<br><br>TWITTER, INC. | Hearing Date |
| Person to be Served<br><br>TWITTER, INC. | Came to Hand Date/Time<br>1/08/2021     5:30 PM |
| Reason Unable to Serve<br><br>Unknown | Non-Service Date/Time<br>01/12/2021     4:49 PM |
| Documents<br><br>LETTER DATED 01/08/2021 | Service Fee<br><br>$65.00 |

After due search, careful inquiry and diligent attempts at: 78 SW 7TH ST, MIAMI, Miami-Dade County, FL 33130. I have been unable to effect service of process upon TWITTER, INC. for the following reasons:

1/12/2021 4:49 PM: Per WE WORK EMPLOYEE; subject unknown. This location as multiple offices. Need name of an employer to find in the directory.

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| *Andre Samuels* | 1389 / 2055 | 01/12/2021 |
| Andre Samuels | Process Server ID | Date Executed |

Ref REF-7217004



 Harvin & Harvin LLP

Tracking # 0063334987

## <u>VERIFIED RETURN OF SERVICE</u>

**State of Florida**

**County of**

Case Number: LETTER



JGS2021007297

Plaintiff:
**MADBITS, LLC c/o CT Corporations System**

vs.

Defendant:

For:
Emily
Harvin & Harvin, LLP
900 SE Ocean Blvd.
Suite 210B
Stuart, FL 34994

Received by COURTESY FLORIDA PROCESS SERVERS on the 4th day of February, 2021 at 11:45 am to be served on **MADBITS, LLC By serving CT Corporation Systems as it's statutory registered agent, 1200 S. Pine Island Road, Suite 240, Plantation, FL 33324**.

I, CARLOS PARDO, do hereby affirm that on the **4th day of February, 2021** at **12:30 pm, I:**

**CORPORATE: served** by delivering a true copy of the **LETTER and SUBSEQUENT DOCUMENTS** with the date and hour of service endorsed thereon by me, to: **Donna Mock** as **Registered Agent** at the address of: **1200 S. Pine Island Road, Suite 240, Plantation, FL 33324** on behalf of **MADBITS, LLC**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a sheriff appointed, SPECIAL PROCESS SERVER IN GOOD STANDING for the in the county in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525 ( 2 ).

**CARLOS PARDO**
SPS # 519

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-3160**

Our Job Serial Number: JGS-2021007297

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

Wesley R. Harvin, Esq.
harvinfrontdesk@gmail.com

Wesley R. Harvin, II, Esq.
harvinfrontdesk@gmail.com

Est. 1978

# HARVIN & HARVIN, LLP

Probate Litigation / Estate Planning / Complicated Tax Matters
Marital & Family

900 E. Ocean Blvd.
Ste. 210B
Stuart, FL 34994
www.harvinlegal.com

Tel: 772.286.3630
Fax: 772.781.5524

2/4/2021                                           Wesley R. Harvin II, JD, LLM
                                                   harvinfrontdesk@gmail.com

**Via Hand-Delivery**
MADBITS, LLC
c/o CT Corporation System
1200 S Pine Island Road
Plantation, FL 33324
As Registered Agent for MADBITS, LLC

**RE:   John Paul Mac Isaac**

To Whom,

Please be advised that the undersigned attorneys, Wesley Harvin and Brian Della Rocca, represent Mr. John Paul Mac Isaac. Please direct all future communications to Mr. Della Rocca at the below address.

We write in accordance with Florida Statute Sec. 770.01, to provide you with pre0suit notice that Mr. Mac Isaac intends to initiate litigation against Twitter, Inc., and Madbits, LLC in connection with action taken by Twitter on October 14, 2020 in connection with an article published by The Washington Post on October 14, 2020 entitled "Smoking-gun email reveals how Hunter Biden introduced Ukrainian businessman to VP dad" (the "Article"). A copy of same is attached hereto as Exhibit A.

The Article states that emails and video had been found on a laptop computer "dropped off at a repair shop in [Hunter] Biden's home state of Delaware". Mr. Mac Isaac was the owner of the repair shop.

On October 14, 2020, Twitter locked the account of The Washington Post because of the Article. A copy of screenshots showing the account lock is attached hereto as Exhibit B. The statements of concern made in that lock are as follows:

"YOUR ACCOUNT HAS BEEN LOCKED.
What happened?
1.      Violating our rules against distribution of hacked materials.
We don't permit the use of services to directly distribute content obtained through hacking that contains private information, may put people in physical harm or danger, or contains trade secrets."

1

Furthermore, @TwitterSafety tweeted the following on October 14, 2020:

"We want to provide much needed clarity around the actions we've taken this morning with respect to two NY Post articles that were first tweeted this morning."

"The images contained in the articles include personal and private information – like email address and phone numbers – which violate our rules."

"As noted this morning, we also currently view materials included in the articles as violations of our Hacked Materials Policy." *See Exhibit B.*

The obvious target of these statements is our client Mr. Mac Isaac. At no point in time did Mr. Mac Isaac ever hack any computer, nor did he hack the computer in question. The statement that his materials were "hacked" is false, with no basis in fact whatsoever.

No attempts were made to determine the truth of the matter with respect to Mr. Mac Issac, which would have taken a simple phone call. Mr. Mac Isaac is not a public figure, he has no staff or representatives who would have intervened or impeded efforts at verification.

The resulting damage was immediate, ongoing, and predictable. Mr. Mac Isaac was instantly identified online, harassed, ridiculed, accused of being a "Russian", and threatened. His personal and professional reputation has been ruined.

My clients hereby demand an immediate and complete retraction of the libelous material and implications in a manner designed to be as visible as the original article, no later than February 9th, 2021. If counsel would like to discuss the matter prior to February 9th, 2021, please contact Mr. Brian Della Rocca at:

**Brian R. Della Rocca, Esquire**
Partner - Compass Law Partners
**Phone** 240-454-1013
**Fax** 301-740-2297
**Web** www.Compass-Law.com
**Email** BDellaRocca@Compass-Law.com

HARVIN & HARVIN LLP

Wesley R. Harvin II
900 E. Ocean Blvd Ste 210B
Stuart, FL 34994
Tel: 772.286.3630
harvinfrontdesk@gmail.com

2

EXHIBIT A



NY Post photo composite

NEWS   EXCLUSIVE

## Smoking-gun email reveals how Hunter Biden introduced Ukrainian businessman to VP dad

By Emma-Jo Morris and Gabrielle Fonrouge

October 14, 2020 | 5:00am | Updated

Hunter Biden introduced his father, then-Vice President Joe Biden, to a top executive at a Ukrainian energy firm less than a year before the elder Biden pressured government officials in Ukraine into firing a prosecutor who was investigating the company, according to emails obtained by The Post.

The never-before-revealed meeting is mentioned in a message of appreciation that Vadym Pozharskyi, an adviser to the board of Burisma, allegedly sent Hunter Biden on April 17, 2015, about a year after Hunter joined the Burisma board at a reported salary of up to $50,000 a month.

"Dear Hunter, thank you for inviting me to DC and giving an opportunity to meet your father and spent [sic] some time together. It's realty [sic] an honor and pleasure," the email reads.

An earlier email from May 2014 also shows Pozharskyi, reportedly Burisma's No. 3 exec, asking Hunter for "advice on how you could use your influence" on the company's behalf.

The blockbuster correspondence — which flies in the face of Joe Biden's claim that he's "never spoken to my son about his overseas business dealings" — is contained in a massive trove of data recovered from a laptop computer.

From: Vadym Pozharskyi
<v.pozharskyi.ukraine@gmail.com>
Subject: Meeting for coffee?
Date: April 17, 2015 at 6:00:51 AM PDT
To: Hunter Biden <hbiden@rosemontseneca.com>

Dear Hunter, thank you  for inviting me to DC and
giving an opportunity to meet your father and spent
some time together. It's realty an honor and pleasure.
As we spoke yesterday evening, would be great to
meet today for a quick coffee. What do you think? I
could come to you office somewhere around noon or
so, before or on my way to airport.
Best ,
V

Отправлено с iPhone

The computer was dropped off at a repair shop in Biden's home state of Delaware in April 2019, according to the store's owner.

Other material extracted from the computer includes a raunchy, 12-minute video that appears to show Hunter, who's admitted struggling with addiction problems, smoking crack while engaged in a sex act with an unidentified woman, as well as numerous other sexually explicit images.

The customer who brought in the water-damaged MacBook Pro for repair never paid for the service or retrieved it or a hard drive on which its contents were stored, according to the shop owner, who said he tried repeatedly to contact the client.

The shop owner couldn't positively identify the customer as Hunter Biden, but said the laptop bore a sticker from the Beau Biden Foundation, named after Hunter's late brother and former Delaware attorney general.

Photos of a Delaware federal subpoena given to The Post show that both the computer and hard drive were seized by the FBI in December, after the shop's owner says he alerted the feds to their existence.

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

for the

District of Delaware

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:

Grand Jury Subpoena Number

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: J. Caleb Boggs Federal Building<br>Room 3001, 844 King Street<br>Wilmington, DE, 19801 | Date and Time:<br><br>Response Due By: Tuesday, December 17, 2019 |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

In lieu of personal appearance, please see ATTACHMENT A

Date:   December 9, 2019

CLERK OF COURT

*[signature]*

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Lesley F. Wolf
Assistant United States Attorney
United States Attorney's Office
1313 North Market Street, Suite 400
Wilmington, DE 19899-2046
Phone: (302) 573-6277

A federal subpoena showing the computer and hard drive were seized by the FBI.

But before turning over the gear, the shop owner says, he made a copy of the hard drive and later gave it to former Mayor Rudy Giuliani's lawyer, Robert Costello.

Steve Bannon, former adviser to President Trump, told The Post about the existence of the hard drive in late September and Giuliani provided The Post with a copy of it on Sunday.

Less than eight months after Pozharskyi thanked Hunter Biden for the introduction to his dad, the then-vice president admittedly pressured Ukrainian President Petro Poroshenko and Prime Minister Arseniy Yatsenyuk into getting rid of Prosecutor General Viktor Shokin by threatening to withhold a $1 billion US loan guarantee during a December 2015 trip to Kiev.

"I looked at them and said: I'm leaving in six hours. If the prosecutor is not fired, you're not getting the money," Biden infamously bragged to the Council on Foreign Relations in 2018.

"Well, son of a bitch. He got fired."

Shokin has said that at the time of his firing, in March 2016, he'd made "specific plans" to investigate Burisma that "included interrogations and other crime-investigation procedures into all members of the executive board, including Hunter Biden."

Joe Biden has insisted that the US wanted Shokin removed over corruption concerns, which were shared by the European Union.

Meanwhile, an email dated May 12, 2014 — shortly after Hunter Biden joined the Burisma board — shows Pozharskyi attempting to get him to use his political leverage to help the company.

The message had the subject line "urgent issue" and was also sent to Hunter Biden's business partner, Devon Archer, who also sat on the Burisma board at the time.



1 of 2

Email from Vadim Pozharskyi... by New York Post

Pozharskyi said that "the representatives of new authorities in power tend to quite aggressively approach N. Z. unofficially with the aim to obtain cash from him."

N.Z. isn't identified in the email but appears to be a reference to Burisma founder Mykola Zlochevsky, whose first name is a Ukrainian version of "Nicholas."

When the alleged shakedown failed, "they proceeded with concrete actions" in the form of "one or more pretrial proceedings," Pozharskyi wrote.

"We urgently need your advice on how you could use your influence to convey a message / signal, etc .to stop what we consider to be politically motivated actions," he added.

Pozharskyi and Hunter Biden

Vadym Pozharskyi and Hunter Biden
Yalta European Strategy / Getty Images

Hunter Biden responded by saying he was with Archer in Doha, Qatar, and asked for more information about "the formal (if any) accusations being made against Burisma."

"Who is ultimately behind these attacks on the company? Who in the current interim government could put an end to such attacks?" he added.

The exchange came the same day that Burisma announced it had expanded its board of directors by adding Hunter Biden, who was put in charge of its "legal unit and will provide support for the Company among international organizations," according to a news release that's since been scrubbed from Burisma's website.

Hunter Biden actually joined the board in April 2014, according to multiple reports.

His lawyer said last year that Hunter was "not a member of the management team," adding, "At no time was Hunter in charge of the company's legal affairs."

About four months after Hunter Biden's correspondence with Pozharskyi, Archer forwarded Hunter Biden an email chain with the subject line "tax raise impact on Burisma production," which included Pozharskyi saying that the Ukrainian cabinet had submitted new tax legislation to the country's parliament.



Photos from Hunter Biden's hard drive

"If enacted, this law would kill the entire private gas production sector in the bud," Pozharskyi wrote.

In the Sept. 24, 2014, email, Pozharskyi also said he was "going to share this information with the US embassy here in Kyiv, as well as the office of Mr Amos Hochstein in the States."

At the time, Hochstein was the State Department's newly appointed special envoy and coordinator for international energy - affairs.

Devon Archer

Devon Archer
Patrick McMullan via Getty Image

In December 2017, the Naftogaz Group, Ukraine's state-owned energy company, announced that Hochstein had joined the company as an independent director, but on Monday he announced his resignation.

"The company has been forced to spend endless amounts of time combating political pressure and efforts by oligarchs to enrich themselves through questionable transactions," Hochstein wrote in an op-ed published by the Kyiv Post.

In addition to denying that's he's spoken to Hunter Biden about his overseas business dealings, Joe Biden has repeatedly denied any conflict of interest or wrongdoing by either of them involving Burisma.

Last February, he got testy during an appearance on NBC's "Today" show when co-host Savannah Guthrie questioned whether it was "wrong for [Hunter] to take that position, knowing that it was really because that company wanted access to you."

"Well, that's not true. You're saying things you do not know what you're talking about," the elder Biden responded.



Photos from Hunter Biden's hard drive

Last December, Joe Biden also lashed out during a Democratic primary town hall event in Iowa, where a man accused him of sending Hunter to Ukraine "to get a job and work for a gas company, he had no experience with gas or nothing, in order to get access to . . . the president."

"You're a damn liar, man. That's not true and no one has ever said that," Biden fumed.

Biden then continued berating the man as he stepped forward, called the man "fat" and challenged him to "do push-ups together, man."

The FBI referred questions about its seizure of the laptop and hard drive to the Delaware US Attorney's Office, where a spokesperson said, "My office can neither confirm nor deny the existence of an investigation."

Hunter Biden's lawyer refused to comment on the specifics but instead attacked Giuliani.

"He has been pushing widely discredited conspiracy theories about the Biden family, openly relying on actors tied to Russian intelligence," the lawyer, George R. Mesires, said of Giuliani.

Pozharskyi and the Joe Biden campaign did not return requests for comment. Hochstein could not be reached.

Additional reporting by Ebony Bowden

FILED UNDER   **COMPUTERS**, **EMAILS**, **ENERGY**, **HUNTER BIDEN**, **JOE BIDEN**, **NATURAL GAS**, **RUDY GIULIANI**, **STEVE BANNON**, **UKRAINE**, **10/14/20**



**RECOMMENDED   1/5**

John Kerry defends taking private jet to accept
climate award in Iceland

Read More >

EXHIBIT B

 English ▾

## Warning: this link may be unsafe

https://nypost.com/2020/10/14/email-reveals-how-hunter-biden-introduced-ukrainian-biz-man-to-dad/

The link you are trying to access has been identified by Twitter or our partners as being potentially spammy or unsafe, in accordance with Twitter's URL Policy. This link could fall into any of the below categories:

- malicious links that could steal personal information or harm electronic devices
- spammy links that mislead people or disrupt their experience
- violent or misleading content that could lead to real-world harm
- certain categories of content that, if posted directly on Twitter, are a violation of the Twitter Rules

 Back to previous page

Ignore this warning and continue

## Your account has been locked.

 **New York Post**
@nypost

**What happened?**
We have determined that this account violated the Twitter Rules. Specifically, for:

1. **Violating our rules against distribution of hacked material.**
   We don't permit the use of our services to directly distribute content obtained through hacking that contains private information, may put people in physical harm or danger, or contains trade secrets.



**Twitter Safety** ✔ @TwitterSafety · Oct 14
We want to provide much needed clarity around the actions we've taken with respect to two NY Post articles that were first Tweeted this morning.

💬 20.1K            🔁 8.4K            ♡ 16.4K

**Twitter Safety** ✔ @TwitterSafety · Oct 14
The images contained in the articles include personal and private information — like email addresses and phone numbers — which violate our rules.

> Private information policy
> Posting another person's private and confidential information is a violation of the Twitter Rules. Learn …
> 🔗 help.twitter.com

💬 1.5K            🔁 1.3K            ♡ 5.9K



**Twitter Safety** ✔
@TwitterSafety

Replying to @TwitterSafety

As noted this morning, we also currently view materials included in the articles as violations of our Hacked Materials Policy.

> Distribution of hacked materials policy
> We don't condone attempts to compromise or infiltrate computer systems for malicious purposes.
> 🔗 help.twitter.com

7:44 PM · Oct 14, 2020 · Twitter Web App

**728** Retweets   **340** Quote Tweets   **5.5K** Likes

Wesley R. Harvin, Esq.
harvinfrontdesk@gmail.com

Wesley R. Harvin, II, Esq.
harvinfrontdesk@gmail.com

Est. 1978

# HARVIN & HARVIN, LLP

Probate Litigation / Estate Planning / Complicated Tax Matters
Marital & Family

900 E. Ocean Blvd.
Ste. 210B
Stuart, FL 34994
www.harvinlegal.com

Tel: 772.286.3630
Fax: 772.781.5524

1/26/2021

Wes Harvin II, JD, LLM
harvinfrontdesk@gmail.com

Attn: Service of Process
TWITTER, Inc.
c/o Secretary of State
2415 N. Munroe Street
Ste 810
Tallahassee, FL 32303

RE:        **SERVICE OF PROCESS: LETTER as per Florida Statute 770.01**

To Whom,

Please take this cover letter for Substituted Service of Process for a document to be served on TWITTER, INC., a Delaware Corporation operating and doing business in Florida without Registration as a Foreign Corporation.

The specific section of Chapter 48 that authorizes the Division of Corporations to accept service is Sec. 48.181.

Please find enclosed the following:

a.        a letter from Brian Della Rocca, Esq. on behalf of John Paul Mac Isaac, addressed to Twitter and providing notice of defamation as per FS 770.01; and

b.        a copy of the Non-Service Return from professional process server Andre Samuels, made at Twitter's advertised Miami office; and

c.        check number #6407 from Harvin & Harvin LLP made payable to the Florida Department of State in the amount of $8.75.

Sincerely,

Wesley R. Harvin II, JD, LLM
Cc: TWITTER, Inc. Attn: Gen Counsel, 1355 Market Street Ste 900, San Francisco, CA 94103




**COMPASS LAW PARTNERS**

**Brian R. Della Rocca, Esquire**
51 Monroe Street, Suite 408
Rockville, Maryland 20850
Phone: 240/454-1013
Fax: 301/740-2297
Email: bdellarocca@compass-law.com

48 Maryland Avenue, 4ᵗʰ Floor
Annapolis, MD 21401

January 8, 2021

*Delivered Via Courier in Accordance with Florida Statute 770.01*
*and via Certified Mail Return Receipt Requested*

Twitter, Inc.
Attn: Office of General Counsel
1355 Market Street
Suite 900
San Francisco, CA 94103

   Re: **NOTICE OF DEFAMATION**

Dear Sir/Madam:

  My law firm represents John Paul Mac Isaac, in connection with the matters discussed herein.

  On October 14, 2020, the New York Post newspaper published a story containing information about Mr. Hunter Biden that had been originally obtained from Mr. Mac Isaac. You, through your social media platform, published a statement that you were limiting/preventing the distribution of the article because it violates your hacked materials policy. In doing so, you knowingly and intentionally defamed my client. <u>You are hereby on notice that your publication about my client constitutes libel per se under Florida law.</u>

  Please contact me immediately to provide me with the contact details for any attorney to whom I should direct further communications.

      Regards,

      COMPASS LAW PARTNERS

      Brian R. Della Rocca

cc: Mr. John Paul Mac Isaac (via email)

| NON-SERVICE RETURN | | Court Stamp Here |
|---|---|---|
| Court | Non-Court Action in a Florida Case | |
| Plaintiff | JOHN PAUL MAC ISAAC | Case # |
| Defendant | TWITTER, INC. | Hearing Date |
| Person to be Served | TWITTER, INC. | Came to Hand Date/Time<br>1/08/2021    5:30 PM |
| Reason Unable to Serve | Unknown | Non-Service Date/Time<br>01/12/2021    4:49 PM |
| Documents | LETTER DATED 01/08/2021 | Service Fee<br>$65.00 |

After due search, careful inquiry and diligent attempts at: **78 SW 7TH ST, MIAMI, Miami-Dade County, FL 33130.** I have been unable to effect service of process upon **TWITTER, INC** for the following reasons:

**1/12/2021 4:49 PM: Per WE WORK EMPLOYEE; subject unknown. This location as multiple offices. Need name of an employer to find in the directory.**

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| *Andre Samuels* | 1389 / 2055 | 01/12/2021 |
| Andre Samuels | Process Server ID | Date Executed |

Ref  REF-7217004

 legal  **Harvin & Harvin LLP**

Tracking # 0063334987