L1200015004H

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP  ☐ WAIT  ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



400269021104

02/05/15--01032--008  **130.00



J. Shivers  FEB 12 2015

**COVER LETTER**

TO: Registration Section
    Division of Corporations

SUBJECT: __MADBITS, LLC__
Name of Limited Liability Company

The enclosed Statement of Revocation of Dissolution for Florida Limited Liability Company and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to:

__PAUL BLOCH__
Contact Person

__MADBITS, LLC__
Firm/Company

__1401 N. View Dr__
Address

__Miami Beach, FL 33140__
City, State and Zip Code

__pbloch911@gmail.com__
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

__Paul Bloch__ at ( __305__ ) __9236603__
Name of Contact Person        Area Code   Daytime Telephone Number

**STREET ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, Florida 32301

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P. O. Box 6327
Tallahassee, FL 32314

CR2E132 (2/14)

## STATEMENT OF REVOCATION OF DISSOLUTION
## FOR
## FLORIDA LIMITED LIABILITY COMPANY

Pursuant to section 605.0708, Florida Statutes, this Florida limited liability company revokes its articles of dissolution prior to the expiration of 120 days following the effective date (or file date, if no effective date) of the articles of dissolution.

1. The name of the company is: __MADBITS, LLC__

2. The document number of the company is __L1200015004 4__

3. The effective date the Dissolution was filed is __January 14, 2015__

4. The revocation of dissolution was authorized on __February 1, 2015__

5. A copy of the Articles of Dissolution is attached.

_____
Signature of person authorized to submit the revocation of dissolution

**Filing Fee:** $100.00
**Certified Copy:** $30.00 (optional)

CR2E132 (2/14)

# State of Florida
## Department of State

I certify from the records of this office that MADBITS, LLC was a limited liability company organized under the laws of the State of Florida, filed on November 30, 2012.

The document number of this limited liability company is L12000150044.

I further certify that said limited liability company was voluntarily dissolved on January 13, 2015, effective January 14, 2015.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Fourteenth day of January, 2015*

*Secretary of State*



Authentication ID: **500268311025-011415-L12000150044**

To authenticate this certificate, visit the following site, enter this ID, and then follow the instructions displayed.
**https://efile.sunbiz.org/certauthver.html**