English ▼

## Warning: this link may be unsafe

https://nypost.com/2020/10/14/email-reveals-how-hunter-biden-introduced-ukrainian-biz-man-to-dad/

The link you are trying to access has been identified by Twitter or our partners as being potentially spammy or unsafe, in accordance with Twitter's URL Policy. This link could fall into any of the below categories:

- malicious links that could steal personal information or harm electronic devices
- spammy links that mislead people or disrupt their experience
- violent or misleading content that could lead to real-world harm
- certain categories of content that, if posted directly on Twitter, are a violation of the Twitter Rules

[Back to previous page]

Ignore this warning and continue

## Your account has been locked.

 **New York Post**
@nypost

**What happened?**
We have determined that this account violated the Twitter Rules. Specifically, for:

1. **Violating our rules against** distribution of hacked material.
   We don't permit the use of our services to directly distribute content obtained through hacking that contains private information, may put people in physical harm or danger, or contains trade secrets.

