UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: _____

JOHN PAUL MAC ISAAC,

        Plaintiff,

v.

TWITTER, INC.,
a Delaware Corporation,

        Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Brian R. Della Rocca, Esquire** of the law firm of Compass Law Partners, 51 Monroe Street, Suite 408, Rockville, Maryland 20850, 240-454-1013, for purposes of appearance as co-counsel on behalf of John Paul Mac Isaac in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit **Brian R. Della Rocca, Esquire** to receive electronic filings in this case, and in support thereof states as follows:

    1.    **Brian R. Della Rocca, Esquire** is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of Maryland.

    2.    Movant, **Wesley R. Harvin, II, Esquire**, of the law firm of Harvin & Harvin, LLP, 900 E. Ocean Blvd., Suite 210B, Stuart, FL 34994, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to

regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, **Brian R. Della Rocca, Esquire** has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. **Brian R. Della Rocca, Esquire**, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to **Brian R. Della Rocca, Esquire** at email address: bdellarocca@compass-law.com.

WHEREFORE, **Wesley R. Harvin, II, Esquire**, moves this Court to enter an Order **Brian R. Della Rocca, Esquire**, to appear before this Court on behalf of John Paul Mac Isaac, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to **Brian R. Della Rocca, Esquire**.

Date: February 18, 2021        Respectfully submitted,

_____
Wesley R. Harvin, II, Esquire
Fla Bar ID #52706
wesharvin@gmail.com
Harvin & Harvin LLP
900 E. Ocean Blvd. Suite 210B
Stuart, FL 34994
772.286.3630

*Attorneys for John Paul Mac Isaac*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: _____

JOHN PAUL MAC ISAAC,

        Plaintiff,

v.

TWITTER, INC.,
a Delaware Corporation,

        Defendant.
_____/

### CERTIFICATION OF BRIAN R. DELLA ROCCA, ESQUIRE

Brian R. Della Rocca, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of Maryland State Bar; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                                      Brian R. Della Rocca, Esquire
                                                                      Compass Law Partners
                                                                 51 Monroe Street, Suite 408
                                                                  Rockville, Maryland 20850
                                                                         Ph: 240.454.1013
                                                                        Fax: 301.740.2297
                                                   bdellarocca@compass-law.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: _____

JOHN PAUL MAC ISAAC,

        Plaintiff,

v.

TWITTER, INC.,
a Delaware Corporation,

        Defendant.
_____/

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Brian R. Della Rocca, Esquire, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Brian R. Della Rocca, Esquire, may appear and participate in this action on behalf of John Paul Mac Isaac. The Clerk shall provide electronic notification of all electronic filings to Brian R. Della Rocca, Esquire, at bdellarocca@compass-law.com.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

                                                                                    United States District Judge

Copies furnished to: All Counsel of Record