# EXHIBIT S

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
District of Delaware

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: The Mac Shop Inc.
c/o John Paul Mac Isaac
21 Trolley Square
Wilmington, DE 19806

Grand Jury Subpoena Number
19-3-LFWS-V-136

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: J. Caleb Boggs Federal Building<br>Room 3001, 844 King Street<br>Wilmington, DE 19801 | Date and Time:<br><br>Response Due By: Tuesday, December 17, 2019 |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

In lieu of personal appearance, please see ATTACHMENT A

Date: December 9, 2019



CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Lesley F. Wolf
Assistant United States Attorney
United States Attorney's Office
1313 North Market Street, Suite 400
Wilmington, DE 19899-2046
Phone: (302) 573-6277

# PROOF OF SERVICE

This subpoena for *(name of individual or organization)* **The MAC Shop**
was received by me on *(date)* **12/9/2019**.

☒ I served the subpoena by delivering a copy to the named person as follows:
**John Paul Mac Isaac** on *(date)* **12/9/19** ; or

☐ I returned the subpoena unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date: **12/9/2019**

*Server's signature*

**Joshua Wilson, Special Agent, FBI**
*Printed name and title*

**FBI - Wilmington RA, 500 Delaware Ave, Suite 300 Wilmington, DE**
*Server's address*

Additional information regarding attempted service, etc:

19-3-LFWS-V-136

## ATTACHMENT A

1. Apple MacBook Pro Laptop Computer; Serial Number FVFXC2MMHV29

2. Western Digital (external hard drive); Serial Number: WX21A19ATFF3