UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20684-BLOOM/Otazo-Reyes

JOHN PAUL MAC ISAAC,

    Plaintiff,

v.

TWITTER, INC., *et al.*,

    Defendants.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Joint Stipulation of Voluntary Dismissal, without Prejudice, of Defendant Madbits, LLC, ECF No. [48] ("Notice"), filed on May 20, 2021. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [48]** is **APPROVED** and **ADOPTED**;

2. All claims asserted against Defendant Madbits, LLC are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own attorneys' fees and costs;

3. Plaintiff's claims shall proceed against the remaining Defendant in this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 20, 2021.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record