UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-20684-BLOOM/Otazo-Reyes**

JOHN PAUL MAC ISAAC,

    Plaintiff,

v.

TWITTER, INC.,

    Defendant.
_____/

## ORDER SETTING MOTION HEARING

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On June 7, 2021, Defendant filed a Motion to Dismiss Plaintiff's Amended Complaint, ECF No. [52].

Accordingly, it is **ORDERED AND ADJUDGED** that a **Hearing** on the Motion, **ECF No. [52],** shall be take place on **July 21, 2021 at 9:00 a.m.** in Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 30, 2021.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record