UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20684-BLOOM/Otazo-Reyes

JOHN PAUL MAC ISAAC,

    Plaintiff,

v.

TWITTER, INC.,

    Defendant.
_____/

## **FINAL JUDGMENT**

Pursuant to the Court's Order **GRANTING** Defendant's Motion to Dismiss Plaintiff's Amended Complaint, **ECF No. [59]**, this action is dismissed with prejudice, and Plaintiff shall take nothing by his Amended Complaint, ECF No. [44].

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 30, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record